WOOD v. CITY OF FAYETTEVILLE

No. 141 PC.

Case below: 43 N.C. App. 410.

Petitions by defendants for discretionary review under G.S. 7A-31 denied 8 January 1980. Plaintiffs' motion to dismiss appeal for lack of substantial constitutional question allowed 8 January 1980.